# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENYA WILLIAMS and CHARLES GRAHAM<br><br>v.<br><br>JAMES U. ENWEREJI, ENWEREJI ENTERPRISES, and BERTHA ENWEREJI | CIVIL ACTION<br><br>NO. 17-3906 |
|---|---|

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

AND NOW, this 12th day of February, 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF 20), the submissions related to the Motion, and oral argument, and as discussed further in the Court's accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's Motion is GRANTED;
2. Counts 1, 2, 3, and 4 are DISMISSED WITH PREJUDICE; and
3. Counts 5 and 6 are DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-3906 Williams v Enwereji\17cv3906 Order re Mot for SJ